# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD O'CONNER, LARRY PEARSON, BOATNER HOWELL, PAULA GORDON, INDIVIDUALLY AND AS MEMBERS OF A CLASS | NUMBER: 13-CV-112<br><br>JUDGE: DICK<br><br>MAGISTRATE: RIEDLINGER |
| VERSUS | |
| AT&T CORP., APPLE, INC. AND DARRYL PELTIER | |

## FIRST AMENDING AND SUPPLEMENTAL COMPLAINT

Comes Now, through undersigned counsel, Donald O'Conner, Paula Gordon, Boatner Howell and Larry Pearson, individually and as members of a class of similarly situated plaintiffs, who for their First Amending and Supplemental Complaint, respectfully allege and aver:

1. Except to the extent they conflict with the statements made herein, all allegations of fact contained in the original state-court Petition be and are hereby re-alleged, re-averred and incorporated herein, as if re-stated in their entirety.

2. Statements of fact by AT&T and Apple, defendants herein, to the effect that Plaintiffs would be entitled to unlimited data transfers utilizing the devices on their AT&T accounts at a set monthly price of thirty dollars ($30) were the primary cause and motivating factor in Plaintiffs' decision to enter agreement to engage in contractual relations with AT&T utilizing Apple and other wireless products.

3. **COUNT I – Fraud.**

AT&T and APPLE, defendants herein, were aware at all material times that their statements to Plaintiffs to the effect that they would be entitled to unlimited data transfers utilizing the devices

on their AT&T accounts at a set monthly price of thirty dollars ($30) were false and fraudulent, vitiating the consent of Plaintiffs and providing grounds for rescission of said agreement *ab initio*.

4. **COUNT II – Error.**

As an alternative to COUNT I, AT&T and APPLE, defendants herein, were in error at all material times that their statements to Plaintiffs to the effect that they would be entitled to unlimited data transfers utilizing the devices on their AT&T accounts at a set monthly price of thirty dollars ($30) were false and fraudulent, vitiating the consent of Plaintiffs and providing a separate and distinct ground for rescission of said agreement *ab initio*.

5. At all material times hereto, Plaintiffs were in no position to understand or be aware (and were in fact either defrauded or in mutual error with Defendants) that they would be entitled to unlimited data transfers utilizing the devices on their AT&T accounts at a set monthly price of thirty dollars ($30) were false and fraudulent.

6. Rescission of the Agreement makes it null under Louisiana law, effectively causing the arbitration agreement to NOT be "valid, irrevocable, and enforceable" and therefore unenforceable in this Court.

    WHEREFORE, Plaintiffs, Donald O'Conner, Paula Gordon, Boatner Howell and Larry Pearson, pray that the class of similarly situated plaintiffs (AT&T customers who were either defrauded by or in mutual error with Defendants, and whose primary cause or motivation in entering agreement with AT&T was their ability to obtain unlimited data transfers utilizing wireless devices on their AT&T accounts at a set monthly price of thirty dollars ($30)) be certified; and after class certification, and other due proceedings had, there be judgment against Defendants in favor of plaintiffs and the class of which they are members, rescinding the

agreements with AT&T to which they were party; awarding damages against Apple for any and all complicity in the fraud and/or error of AT&T; and awarding Plaintiffs damages in the full amount necessary to place them in the same position in which they were prior to entering agreement with AT&T, including without limitation reimbursement of the cost of all wireless devices acquired by them, the amount of all AT&T bills paid by them and the value of a true unlimited wireless plan, the use of which they were denied, plus interest from the date of judicial demand until paid, costs and attorneys fees.

Respectfully submitted,

SANFORD & ASSOCIATES

       s/ Jeffry L. Sanford
JEFFRY L. SANFORD (21069)
Post Office Box 14263
8550 United Plaza Blvd, Ste 702
Baton Rouge, Louisiana 70898-4263
Telephone: (225) 761-9600
Facsimile: (225) 761-9650
Attorney for Plaintiffs

### Certificate of Service

The foregoing pleading has been served on all counsel of record this 27th day of May, 2013, via email by filing said document in the Middle District of Louisiana, using the electronic case filing system.

       s/ Jeffry L. Sanford
Jeffry L. Sanford